435 A.2d 913

Commonwealth v. Jackson, Appellant.

Submitted February 18, 1981.  Elaine DeMasse, Assistant Public Defender, for appellant;  Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, MONTEMURO and VAN der VOORT, JJ.

Judgment of sentence affirmed.

435 A.2d 913

Commonwealth v. Johnson, Appellant.

Submitted September 11, 1980.  David P. Trulli, for appellant;  Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.